

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,650

### EX PARTE CANDY HILL HUGHES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1169973-A IN THE 230th JUDICIAL DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to 60 years' imprisonment. The First Court of Appeals affirmed his conviction. *Hughes v. State*, No. 01-09-00743-CR (Tex. App.–Houston [1st Dist.] del. Dec. 23, 2010)(not designated for publication).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely file a petition for discretionary review as he had been appointed to do. Appellate

counsel filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to file a petition for discretionary review "through oversight." The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the First Court of Appeals in Cause No. 01-09-00743-CR that affirmed his conviction in Case No. 1169973 from the 230th Judicial District Court of Harris County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: September 28, 2011
Do not publish